**Judson WITHAM, Plaintiff–Appellant,**

v.

**NEW YORK STATE; Department of Environmental Conservation; International Paper Corporation; Warren County, New York; The Lake George Park Commission; Town of Ticonderoga, New York, Defendants–Appellees.**

No. 13–2482.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Judson Witham, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judson Witham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Witham v. New York State*, No. 5:13–cv–00611–BO (E.D.N.C. Oct. 24,

2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*